IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUSAN BUTTERFIELD                                                                                    PLAINTIFF

v.                                         NO. 3:10CV00137 HDY

MICHAEL J. ASTRUE,                                                                                 DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Susan Butterfield. The final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for additional proceedings. This remand is a "sentence four" remand as that phrase is defined in 42 U.S.C. 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED ___14___ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE